UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Louise Woodard o/b/o MLW,
a minor,
        Plaintiff,

Case No. 1:14-cv-1050

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered on this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**; and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED**.

Date:  March 25, 2016                      /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge